**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FIFTH THIRD BANK | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 08 C 7266 |
| JEFFREY PICKUS, JAMES PICKUS | ) | |
| JOEL PICKUS, LOUIS PICKUS and | ) | Hon. Suzanne B. Conlon, J. |
| THEODORE PICKUS | ) | |
| | ) | Hon. Martin Ashman, M.J. |
| Defendants | ) | |

## CONFESSION OF JUDGMENT (COGNOVIT)

Defendants JEFFREY PICKUS, JAMES PICKUS, JOEL PICKUS, LOUIS PICKUS and THEODORE PICKUS , by their attorneys, ERIC S. PALLES and GARY RAVITZ and RAVITZ & PALLES, P.C., confess the judgment against them in the amount of $665,054.29, as follows:

1. They authorize the undersigned counsel to appear on their behalf.

2. They waive the issuance and service of process, and release all errors.

3. They confess to judgment entered against them and in favor of FIFTH THIRD BANK in the amount of $665,054.29, comprising the principal sum due on the Note, together with interest, charges, court costs and attorney's fees, as set forth more specifically in the Complaint.

WHEREFORE, defendants JEFFREY PICKUS, JAMES PICKUS, JOEL PICKUS, LOUIS PICKUS and THEODORE PICKUS confess judgment in the proposed form attached hereto.

Respectfully submitted,

 /s/ Eric S. Palles
One of the Attorneys for Defendants

ERIC S. PALLES
GARY RAVITZ
RAVITZ & PALLES, P.C.
203 N. LaSalle, Suite 2100
Chicago, IL 60601
(312) 558-1689

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FIFTH THIRD BANK | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) No. |
| JEFFREY PICKUS, JAMES PICKUS | ) |
| JOEL PICKUS, LOUIS PICKUS and | ) |
| THEODORE PICKUS | ) |
| | ) |
| Defendants | ) |

## JUDGMENT ORDER

This Court has reviewed the Complaint and Confession of Judgment. Based upon them, judgment is accordingly entered in the amount of $665, 054.29, comprising the principal amount of $625,000 due under the Note, together with interest and charges in the amount of $37,204.29 as of December 5, 2008, a reasonable attorney's fee in the amount of $2500, and costs of $350.

_____
United States District Judge

Dated: _____